# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In Re: )
KC SAFE COMPANY, INC., )
                   Debtor. )     Case No. 07-21429-7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Steven R. Rebein, Chapter 7 Trustee of the above-referenced bankruptcy estate, and in support of this *Report of Unclaimed Funds*, states the following:

1. The Trustee issued an estate Check No. 107 made payable to First Tennessee Bank in the amount of $1,178.79 on December 14, 2009 for its filed, allowed, general unsecured Proof of Claim, assigned number 2.

2. On December 28, 2009, the Trustee received said check returned with indications the account has since been sold and they cannot locate the present servicing agent.

3. The Proof of Claim remains valid on the unpaid account. First Tennessee Bank asked for additional time within the coming months to determine where the funds should be paid. The claim cannot be withdrawn so that the Trustee may re-distribute the funds to other claimants.

4. As such, accompanying this report is a check made payable to the Clerk of the United states Bankruptcy Court, in the amount of $1,178.79 for deposit into the Clerk's Registry Account as unclaimed funds pursuant to FRBP 3011.

DATED: January 4, 2010

*Respectfully Submitted*:
**GRIMES & REBEIN, L.C.**

By: s/ Steven R. Rebein
Steven R. Rebein, KS Bar 12958
15301 W. 87th Street Parkway, Ste 200
Lenexa, KS 66219
(913) 888-4800 - telephone
(913) 888-0570 - facsimile
**CHAPTER 7 TRUSTEE**

| Steven R. Rebein, Trustee<br>Grimes & Rebein, LC<br>15301 W. 87th St. Pkwy, Suite 200<br>Lenexa, KS 66219 | **Union Bank**<br>445 South Figueroa Street, G08-070 / Los Angeles, California 90071<br>Unclaimed Funds Pursuant to<br>FRBP 3011; Regardind Claim # 2, First Tennessee Bank | 16-49/1220<br>**CHECK NUMBER**<br>**123** |
|---|---|---|

| DATE | AMOUNT |
|---|---|
| 01/04/10 | $*******1,178.79 |

| CASE NUMBER | DEBTOR |
|---|---|
| 07-21429 RDB | KC SAFE COMPANY INC |

**PAY TO THE ORDER OF**

U.S. Bankruptcy Court Clerk
500 State Avenue, Room 161
Kansas City, KS 66101-2417

*One Thousand One Hundred Seventy Eight Dollars And 79/100*

Void After 90 Days

⑈000123⑈ ⑆122000496⑆ 21312438 71⑈